**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **JUMPSPORT, INC.** | § | |
| Plaintiff, | § | |
| | § | **CIV. A. NO. 6:17-cv-414-RWS-JDL** |
| v. | § | **(LEAD CONSOLIDATED CASE)** |
| | § | |
| **ACADEMY, LTD d/b/a ACADEMY SPORTS & OUTDOORS;** | § | **PATENT CASE-JURY** |
| | § | |
| **WAL-MART STORES, INC., et al.;** | § | **CIV. A. NO. 6:17-cv-645-RWS-JDL** |
| | § | |
| **DICK'S SPORTING GOODS, INC., et al.; and** | § | **CIV. A. NO. 6:17-cv-663-RWS-JDL** |
| | § | |
| **AMAZON.COM, INC., et al.,** | § | **CIV. A. NO. 6:17-cv-666-RWS-JDL** |
| | § | |
| Defendants. | § | |

**[PROPOSED] ORDER STRIKING
AMAZON'S THIRD, FIFTH, SIXTH, AND SEVENTH ADDITIONAL
DEFENSES**

Having considered Plaintiff JumpSport's motion to strike Amazon's Third, Fifth, Sixth, and Seventh Additional Defenses, Amazon's response and the parties' arguments, the Court GRANTS the motion and STRIKES Amazon's Third, Fifth, Sixth, and Seventh Additional Defenses from its First Amended Answer and Additional Defenses to Plaintiff's Amended Complaint (Dkt. 111)

IT IS SO ORDERED.